1  RONALD J. TENPAS, Assistant Attorney General
   United States Department of Justice
2  Environment and Natural Resources Division

3  FRED R. DISHEROON, Special Litigation Counsel
   United States Department of Justice
4  Environment and Natural Resources Division
   P.O. Box 7397, Ben Franklin Station
5  Washington, D.C. 20044-7397
   Tel: (202) 616-9649
6  Email: Fred.Disheroon@usdoj.gov

7  STEPHEN M. MACFARLANE, Trial Attorney
   United States Department of Justice
8  Environment and Natural Resources Division
   501 I Street, Suite 9-700
9  Sacramento, California 95814-2322
   Tel: (916) 930-2204
10 Fax: (916) 930-2210
   Email: Stephen.Macfarlane@usdoj.gov
11
   Attorneys for Plaintiff United States of America
12
   GORDON H. DePAOLI, Nevada State Bar No. 0195
13 *Application for Admission Pro Hac Vice Pending*
   DALE E. FERGUSON, Nevada State Bar No. 4986
14 WOODBURN & WEDGE
   6100 Neill Road, Suite 500
15 Reno, Nevada 89511
   Tel: (775) 688-3000
16 Fax: (775) 688-3088
   Email: gdepaoli@woodburnandwedge.com
17
   Attorneys for Defendant Truckee Meadows Water Authority
18
   Names of additional counsel appear on the next page.
19

20              THE UNITED STATES DISTRICT COURT
              FOR THE EASTERN DISTRICT OF CALIFORNIA
21

22 UNITED STATES OF AMERICA,           ) Case No. 2:68-cv-00643-LKK
                                       )
23                  Plaintiff,         )
                                       ) **STIPULATED ORDER AMENDING**
24 v.                                  ) **INJUNCTIVE AND OTHER PROVISIONS**
                                       ) **OF JUDGMENT AND DECREE**
25 THE TRUCKEE RIVER GENERAL           )
   ELECTRIC COMPANY, a corporation,    )
26                                     )
                    Defendants.        )
27 _____)

28

1  SUSAN OLDHAM, Nevada State Bar No. 2309
   P.O. Box 1282
2  Verdi, Nevada 89439
   Tel: (775) 530-1641
3  Email: sueoldham@sbcglobal.net

4  JEFFREY V. DUNN, California State Bar No. 131926
   STEFANIE HEDLUND, California State Bar No. 239787
5  BEST, BEST & KRIEGER
   5 Park Plaza, # 1500
6  Irvine, California 92614
   Tel: (949) 263-2600
7  Email: Jeffrey.Dunn@bbklaw.com
   Email: Stefanie.Hedlund@bbklaw.com
8
   Attorneys for Defendant Truckee Meadows Water Authority
9
   WILLIAM E. PETERSON, California State Bar No. 69690
10 Morris Pickering & Peterson
   6100 Neill Road, Suite 555
11 Reno, Nevada 89511
   Tel: (775) 829-6005
12 Email: wep@morrislawgroup.com

13 Attorneys for Defendant Sierra Pacific Power Company

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

The parties to the above-captioned case, Plaintiff United States of America, and Defendants Sierra Pacific Power Company and the Truckee Meadows Water Authority, successors in interest to Defendant Truckee River General Electric Company, have jointly petitioned this Court and stipulated to the amendment of the Judgment and Decree in this case, as amended in 1961, and for modification of certain injunctive provisions of the Judgment and Decree, as amended. Good cause having been shown, the Joint Petition of the parties is GRANTED, and it is hereby ORDERED, ADJUDGED AND DECREED as follows:

1. Notwithstanding anything to the contrary in Paragraph Fifth of the Judgment and Decree entered herein June 4, 1915 or in the Order and Decree entered herein on May 18, 1961, which Order amends said 1915 Judgment and Decree, Lake Tahoe and Prosser Creek Reservoir shall be operated in accordance with the terms and provisions of the Truckee River Operating Agreement dated September 6, 2008 ("Truckee River Operating Agreement").

2. In order to implement, but not limit, paragraph 1 of this Order:

(a) Paragraph Fifth (a) through (f) of the 1915 Judgment and Decree and Paragraph Fifth (g) added to the 1915 Judgment and Decree by the 1961 Order are modified by the Truckee River Operating Agreement and the Judgment and Decree be, and the same hereby is, amended accordingly.

(b) Notwithstanding anything to the contrary contained herein, from and after the date of this amendment, all operations for storing and releasing water from said Lake as provided for in the Truckee River Operating Agreement dated September 6, 2008 shall be conclusively determined as in compliance with all requirements of this Judgment and Decree, and any and all such operations shall not be construed for any purpose as an abandonment of Plaintiff's easement and right of possession granted herein.

(c) All officers and agents of the United States, and its successors and assigns,

and all persons acting in aid or in conjunction with them, or any of them, be and are hereby forever restrained and enjoined from drawing any water from said Lake, through or by means of the said dam and controlling works, or by means of any substituted method of control, except in accordance with this decree as hereby amended.

3. When this Order becomes effective, the provisions of the Truckee River Operating Agreement dated September 6, 2008 shall be, and are hereby determined and declared to be, effective and binding upon the parties hereto.

4. This Order shall become effective when the Truckee River Operating Agreement enters into effect as provided in Section 12.A.4 thereof.

IT IS SO ORDERED.


DATED: December 22, 2008.


_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT