1  RONALD J. TENPAS, Assistant Attorney General
   United States Department of Justice
2  Environment and Natural Resources Division

3  FRED R. DISHEROON, Special Litigation Counsel
   United States Department of Justice
4  Environment and Natural Resources Division
   P.O. Box 7397, Ben Franklin Station
5  Washington, D.C. 20044-7397
   Tel: (202) 616-9649
6  Email: Fred.Disheroon@usdoj.gov

7  STEPHEN M. MACFARLANE, Trial Attorney
   United States Department of Justice
8  Environment and Natural Resources Division
   501 I Street, Suite 9-700
9  Sacramento, California 95814-2322
   Tel: (916) 930-2204
10 Fax: (916) 930-2210
   Email: Stephen.Macfarlane@usdoj.gov
11
   Attorneys for Plaintiff United States of America
12
   WILLIAM E. PETERSON, California State Bar No. 69690
13 Morris Pickering & Peterson
   6100 Neill Road, Suite 555
14 Reno, Nevada 89511
   Tel: (775) 829-6005
15 Email: wep@morrislawgroup.com

16 Attorneys for Defendant Sierra Pacific Power Company

17 Names of additional counsel on the next page

18              IN THE UNITED STATES DISTRICT COURT
                FOR THE EASTERN DISTRICT OF CALIFORNIA
19
   UNITED STATES OF AMERICA,        ) Case No. 2:68-cv-00643-LKK
20                                  )
                    Plaintiff,      )
21                                  ) **ORDER SUBSTITUTING PARTY**
   v.                               )
22                                  )
   THE TRUCKEE RIVER GENERAL        ) Hon. Laurence K. Karlton
23 ELECTRIC COMPANY, a corporation, )
                                    )
24                  Defendants.     )
                                    )
25

26

27

28

1  JEFFREY V. DUNN, California State Bar No. 131926
   STEFANIE HEDLUND, California State Bar No. 239787
2  BEST, BEST & KRIEGER
   5 Park Plaza, # 1500
3  Irvine, California 92614
   Tel: (949) 263-2600
4  Email: Jeffrey.Dunn@bbklaw.com
   Email: Stefanie.Hedlund@bbklaw.com
5
   GORDON H. DePAOLI, Nevada State Bar No. 0195
6  *Application for Admission Pro Hac Vice Pending*
   DALE E. FERGUSON, Nevada State Bar No. 4986
7  WOODBURN & WEDGE
   6100 Neill Road, Suite 500
8  Reno, Nevada 89511
   Tel: (775) 688-3000
9  Fax: (775) 688-6088
   Email: gdepaoli@woodburnandwedge.com
10
   Attorneys for Defendant Truckee Meadows Water Authority
11

1   The Court has before it the Petition and Stipulation for Substitution of Party, in which the
2   Parties to the above-captioned case seek an Order substituting the Truckee Meadows Water
3   Authority as sole Defendant for all purposes for the Sierra Pacific Power Company.  Good cause
4   having been shown, the Petition and Stipulation is GRANTED.
5   The Truckee Meadows Water Authority shall be and hereby is accordingly substituted for
6   the Sierra Pacific Power Company as sole Defendant in this case.
7   IT IS SO ORDERED.

9   DATED:  December 22, 2008.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT